# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TOP TOBACCO, L.P., and REPUBLIC TOBACCO, L.P., <br><br> Plaintiffs, <br><br> v. <br><br> Good Times USA, LLC, <br><br> Defendant. | Case No. 14-cv-08978 <br> (Consol. with Case No. 16-cv-04292) <br><br> Judge Robert M. Dow, Jr. |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiffs, Top Tobacco, L.P., and Republic Tobacco, L.P., and Defendant, Good Times USA, LLC, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action and all counterclaims is dismissed in its entirety without prejudice, with each party bearing its own fees and cost.

Respectfully submitted,

Dated August 2, 2017

By: */Antony J. McShane/*

Antony J. McShane
Neal Gerber & Eisenberg LLP
2 North LaSalle Street, Suite 1700
Chicago, Illinois 60602
312.269.8000

Attorneys for Plaintiffs,
Top Tobacco L.P. and Republic Tobacco, L.P.

By: */Nicholas De La Torre/*

Nicholas De La Torre
Husch Blackwell LLP
120 South Riverside Plaza, Suite 2200
Chicago, Illinois 60606
312.655.1500

Attorney for Defendant,
Good Times USA, LLC

## **CERTIFICATE OF SERVICE**

I, Antony J. McShane, an attorney, state that I served a copy of the foregoing Stipulation for Dismissal upon counsel of record in this matter:

> Nicholas De La Torre
> HUSCH BLACKWELL LLP
> 120 South Riverside Plaza, Suite 2200
> Chicago, Illinois 60606-3912

via the Court's Electronic Filing System, on August 2, 2017.

/Antony J. McShane/
One of the Attorneys for Plaintiffs, Top
Tobacco, L.P., and Republic Tobacco, L.P.

26535690.1