## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Top Tobacco, L.P., et al.

                                    Plaintiff,

v.                                                                              Case No.: 1:16−cv−04292
                                                                             Honorable Robert M. Dow Jr.

Good Times USA, LLC

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 2, 2017:

       MINUTE entry before the Honorable M. David Weisman: Pursuant to the stipulation of dismissal [42], all matters relating to the referral of this case having been resolved, this matter is returned to the District Judge. Status hearing set for 8/10/17 before Magistrate Judge Weisman is hereby stricken with no appearance required. Referral terminated. Mailed notice (ao,)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.